IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01346-DME-KMT

B5 DESIGN, LLC and
DALE CRANE,

    Plaintiffs,

v.

SALAZAR SOLUTIONS, INC.,
MARIO A. SALAZAR, and
TIA L. SALAZAR,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion for Protective Order" (#23, filed November 13, 2008) is GRANTED. The Protective Order will be entered.

Dated: November 14, 2008