IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01346-DME-KMT

B5 DESIGN, LLC and,
DALE CRANE

       Plaintiffs,

v.

SALAZAR SOLUTIONS, INC.,
MARIO A. SALAZAR and
TIA L. SALAZAR,

       Defendants.

## ORDER OF JUDGMENT

THIS MATTER comes before the Court on the parties' Stipulated Motion for Entry of Judgment Against Salazar Solutions, Inc.  The Court has considered this subject motion and believes itself fully advised.

IT IS ORDERED THAT the stipulated motion of the parties is GRANTED and judgment shall be entered for Plaintiffs and against Salazar Solutions, Inc. in the amount of $200,000.00, together with statutory interest.

IT IS FURTHER ORDERED that all claims by Plaintiffs against Salazar Solutions, Inc. are DISMISSED with prejudice.  Each party shall pay its own costs and attorneys' fees.

IT IS FURTHER ORDERED that, as the individual Defendants have declared bankruptcy, all claims against them in this court are STAYED pursuant to 11 U.S.C. § 362(a)(1).

The trial setting for December 7, 2009, and the show cause hearing scheduled for November 24, 2009, and all other pre-trial dates and deadlines are hereby VACATED.

Plaintiffs are ordered to advise the Court within ten (10) days of the lifting of the automatic stay in favor of Mario Salazar and Tia Salazar, and also to advise the Court within ten (10) days of the final resolution of the bankruptcy proceeding of Mario Salazar and Tia Salazar.  The Plaintiffs are further ordered to submit a status report to the court by June 1, 2010, if they have not earlier advised the Court of the lifting of the automatic stay against Defendants Maria Salazar and Tia Salazar.

Dated:  November 23, 2009.

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE